UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| ERIC LEON JOHNSON, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) CIVIL NO. 2:14cv249 |
| THE CITY OF SOUTH BEND, INDIANA, | ) |
| Defendant. | ) |

OPINION AND ORDER

This matter is before the court on a Motion to Appeal In Forma Pauperis, filed by the plaintiff, Eric Leon Johnson ("Johnson"), proceeding pro se, on January 13, 2016.

Johnson wishes to appeal an order of this court, entered December 9, 2014, which granted the defendant's motion to dismiss.

Pursuant to 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." For the reasons explained in the December 9, 2014 order, this appeal is not taken in good faith and the in forma pauperis petition will be denied.

Conclusion

On the basis of the foregoing, Johnson's Motion to Appeal In Forma Pauperis [DE 30] is hereby DENIED.

Further, Johnson's Motion for Counsel [DE 32] is hereby DEEMED MOOT, as the motion has been forwarded to the Seventh Circuit Court of Appeals, where it was intended to be filed.

Entered: February 29, 2016.

                                                        s/ William C. Lee
                                                        William C. Lee, Judge
                                                        United States District Court