AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ERIC LEON JOHNSON

    Plaintiff(s)

        v.                          **Civil Action No. 2:14-cv-249**

THE CITY OF SOUTH BEND INDIANA
THE CITY OF SOUTH BEND POLICE DEPARTMENT
JON HANLEY *Sargent, South Bend Police Department*
GALEN PELLETTIER *Officer, South Bend Police Department*
DAVID RYANS *Sargent, South Bend Police Department*
JAMIE BUFORD *CPL, South Bend Police Department*

    Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ___ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other: Judgment is entered in favor of Defendants, The City of South Bend Indiana, The City of South Bend Police Department, Jon Hanley, Galen Pellettier, David Ryans and Jamie Buford and against the Plaintiff Eric Leon Johnson.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Joseph S. Van Bokkelen on a Motion for Summary Judgment

DATE: July 25, 2018            ROBERT TRGOVICH, CLERK OF COURT
                                      by   /s/Jason Schrader
                                            *Signature of Clerk or Deputy Clerk*